**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **KATELYN HICKEY,**  )   | |
|                       )   | |
|   **Plaintiff**       )   | |
|                       )   | |
|   v.                  )   | Civil No.   06-156-P-S |
|                       )   | |
| **SCOTT R. SLAWSON, et al,**  ) | |
|                       )   | |
|   **Defendant**       )   | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 24) filed July 31, 2007, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Motion for Summary Judgment (Docket No. 10) filed by the Defendants is **GRANTED**, and the Motion for Partial Summary Judgment (Docket No. 16) filed by the Plaintiff is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　/s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated this 28th day of August, 2007.